UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-08912-PA (OP) | Date | **January 10, 2011** |
|---|---|---|---|
| Title | **Hung Duong Nguon, et al. v. Geragas, et al.** | | |

| Present: The Honorable | OSWALD PARADA, UNITED STATES MAGISTRATE JUDGE | |
|---|---|---|
| Maynor Galvez | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    IN CHAMBERS:   ORDER TO SHOW CAUSE

On February 26, 2010, Plaintiff filed a First Amended Civil Rights Complaint ("FAC") pursuant to 42 U.S.C. § 1983. On March 1, 2010, the Court issued its Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), recommending dismissal of the FAC without leave to amend and with prejudice. On March 12, 2010, Plaintiff filed his Objections to the Report and Recommendation ("Objections"). Based on Plaintiff's Objections, the Court vacated the Report and Recommendation and dismissed the FAC with leave to amend. On June 4, 2010, the Court granted Plaintiff's request for an extension of time to file the SAC. The Court did not receive the SAC from Plaintiff.

On October 12, 2010, the Court received Plaintiff's letter stating the SAC was submitted over 90 days ago. As the Court had not received the SAC, Plaintiff was granted until November 26, 2010, to file the SAC. The Court cautioned Plaintiff that the failure to file the SAC shall result in the Court recommending that this action be dismissed without prejudice for failure to prosecute. To date, the Court has not received the SAC.

Accordingly, Plaintiff is ordered to show cause no later than February 11, 2011, why this case should not be dismissed for failure to prosecute. Filing of Plaintiff's Second

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-08912-PA (OP) | Date | **January 10, 2011** |
|---|---|---|---|
| Title | **Hung Duong Nguon, et al. v. Geragas, et al.** | | |

Amended Complaint on or before February 11, 2011, shall be deemed compliance with this Order to Show Cause. Plaintiff's failure to file a Second Amended Complaint by February 11, 2011, shall result in the Court recommending that this action be dismissed.

**IT IS SO ORDERED.**

> I hereby certify that this document was served by First Class mail postage prepaid, to Plaintiff Nguon at his most recent address of record in this action on this date.
>
> Dated: 1-11-11
>
> J.Holmes
> DEPUTY CLERK

cc: All Parties of Record

:

Initials of Preparer    jh-relief