UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG DUONG NGUON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARK GERAGOS, et al., ) <br> ) <br> Defendants. ) | Case No. CV 09-08912-PA (OP) <br><br> AMENDED ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1 | IT IS ORDERED: (1) approving and adopting this Amended Report and Recommendation; (2) dismissing the Second Amended Complaint without leave to amend; and (3) directing that judgment be entered dismissing this action with prejudice.

DATED: May 30, 2011

HONORABLE PERCY ANDERSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge