JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG DUONG NGUON,<br><br>   Plaintiff,<br><br>  vs.<br><br>MARK GERAGOS, et al.,<br><br>   Defendants | Case No. CV 09-8912-PA (OP)<br><br>A M E N D E D<br>J U D G M E N T |

  Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that the Second Amended Complaint is dismissed with prejudice.

DATED: May 30, 2011

_____
HONORABLE PERCY ANDERSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge